UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case. In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form. Counsel has a continuing duty to update this information.

No. __15-2385__    Caption: __L-3 Communications Corp., et al. v. Serco, Inc.__

Pursuant to FRAP 26.1 and Local Rule 26.1,

__L-3 Applied Technologies, Inc.__
(name of party/amicus)

 who is _____appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)

1. Is party/amicus a publicly held corporation or other publicly held entity? ☐ YES ☑ NO

2. Does party/amicus have any parent corporations? ☑ YES ☐ NO
   If yes, identify all parent corporations, including all generations of parent corporations:
   L-3 Communications Corp. is a parent company to L-3 Applied Technologies, Inc. L-3 Communications Holdings, Inc. is a parent company to L-3 Communications Corp.

3. Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or other publicly held entity? ☑ YES ☐ NO
   If yes, identify all such owners:
   L-3 Communications Holdings, Inc. is a publicly held corporation, and it owns 100% of L-3 Communications Corp. stock. L-3 Communications Corp. owns 100% of L-3 Applied Technologies, Inc. stock.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?  ☑ YES ☐ NO
If yes, identify entity and nature of interest:
Serco Group plc is a British public limited company and is a parent to Defendant-Appellee Serco, Inc.

5. Is party a trade association? (amici curiae do not complete this question) ☐ YES ☑ NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6. Does this case arise out of a bankruptcy proceeding? ☐ YES ☑ NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s Benjamin G. Chew        Date: November 23, 2015

Counsel for: L-3 Applied Technologies, Inc.

# CERTIFICATE OF SERVICE
**************************

I certify that on  November 23, 2015   the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

John D. Wilburn, Esq.
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
jwilburn@mcguirewoods.com

s/ Benjamin G. Chew                                   November 23 , 2015
   (signature)                                              (date)