UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER INTERESTS

Disclosures must be filed on behalf of <u>all</u> parties to a civil, agency, bankruptcy or mandamus case, except that a disclosure statement is **not** required from the United States, from an indigent party, or from a state or local government in a pro se case.  In mandamus cases arising from a civil or bankruptcy action, all parties to the action in the district court are considered parties to the mandamus case.

Corporate defendants in a criminal or post-conviction case and corporate amici curiae are required to file disclosure statements.

If counsel is not a registered ECF filer and does not intend to file documents other than the required disclosure statement, counsel may file the disclosure statement in paper rather than electronic form.  Counsel has a continuing duty to update this information.

No. __15-2385__     Caption: L-3 Communications Corp., et al. v. Serco, Inc.

Pursuant to FRAP 26.1 and Local Rule 26.1,

L-3 Communications Corporation
(name of party/amicus)


who is _____appellant_____, makes the following disclosure:
(appellant/appellee/petitioner/respondent/amicus/intervenor)


1.      Is party/amicus a publicly held corporation or other publicly held entity?   ☐ YES ☑ NO


2.      Does party/amicus have any parent corporations?                             ☑ YES ☐ NO
        If yes, identify all parent corporations, including all generations of parent corporations:
        L-3 Communications Holdings, Inc.




3.      Is 10% or more of the stock of a party/amicus owned by a publicly held corporation or
        other publicly held entity?                                                ☑ YES ☐ NO
        If yes, identify all such owners:
        L-3 Communications Holdings, Inc. is a publicly held corporation, and it owns 100% of L-3
        Communications Corporation stock.

4.      Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 26.1(b))?    ☑YES ☐NO
If yes, identify entity and nature of interest:

Serco Group plc is a British public limited company and is a parent to Defendant-Appellee Serco, Inc.

5.      Is party a trade association? (amici curiae do not complete this question)    ☐YES ☑NO
If yes, identify any publicly held member whose stock or equity value could be affected substantially by the outcome of the proceeding or whose claims the trade association is pursuing in a representative capacity, or state that there is no such member:

6.      Does this case arise out of a bankruptcy proceeding?    ☐YES ☑NO
If yes, identify any trustee and the members of any creditors' committee:

Signature: /s Benjamin G. Chew          Date: November 23, 2015

Counsel for: L-3 Communications Corporation

## CERTIFICATE OF SERVICE
***************************

I certify that on November 23, 2015 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

John D. Wilburn, Esq.
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, VA 22102
jwilburn@mcguirewoods.com

s/ Benjamin G. Chew                          November 23, 2015
          (signature)                                          (date)